# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

SARAH MICHELSON, as Trustee of the
David and Catherine Swanson Trust,
*Plaintiff*

v.

FOUNDATION FINANCIAL, INC., a Wyoming corp.,
and ROBERT GUTH, an individual,
MARY JO MALONE, and JOHN DOES 1-10,
*Defendant*

Civil Action No. CV-13-5045-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment is entered in Plaintiff's favor as to Defendant Robert Guth in the total amount of $873,525.00 as follows:
  a. $700,000.00 in principal;
  b. $168,000.00 in prejudgment interest;
  c. $5,000.00 in attorney's fees; and
  d. $525.00 in costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Edward F. Shea    on a motion for Default Judgment.

Date: September 10, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda Emerson
*(By) Deputy Clerk*

Linda Emerson